IN THE SUPREME COURT OF THE STATE OF DELAWARE

KAREN PAIGE,[1]                          §
                                         § No. 61, 2020
        Respondent Below,                §
        Appellant,                       § Court Below—Family Court
                                         § of the State of Delaware
        v.                               §
                                         § File No. CN16-04806
MICHAEL MCDONALD,                        § Petition No. 19-32400
                                         §
        Petitioner Below,                §
        Appellee.                        §

Submitted: September 29, 2020
Decided:   October 16, 2020

## ORDER

It appears to the Court that, on September 1, 2020, the Chief Deputy Clerk issued a notice, by certified mail, directing the appellant to show cause why her appeal should not be dismissed for her failure to file an opening brief and appendix. The appellant received the notice to show cause on September 18, 2020, but has not responded to the notice to show cause or filed an opening brief. Dismissal of this appeal is therefore deemed to be unopposed.

NOW, THEREFORE, IT IS ORDERED, under Supreme Court Rules 3(b)(2) and 29(b), that this appeal is DISMISSED.

BY THE COURT:

*/s/ Karen L. Valihura*
Justice

---

[1] The Court previously assigned pseudonyms to the parties under Supreme Court Rule 7(d).